IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATIONAL ELECTRICAL BENEFIT FUND, : CIVIL ACTION
by its Trustees, Salvatore J. Chilia and :
D.R. Borden, Jr. :
:
v. :
:
FJM ELECTRICAL CONSTRUCTION, LLC : NO. 13-3057

AMENDED ORDER AND JUDGMENT

AND NOW, this 4th day of November, 2015, upon consideration of Plaintiff's Motion to Amend Default Judgment (ECF Document 24) and the exhibits attached thereto, and Plaintiff's Motion for Attorneys Fees and Costs (Document 25) and the exhibits attached thereto, as well as the Verified Statement of Amounts Due to Plaintiff National Electrical Benefit Fund ("NEBF") (Doc. 19), for reasons explained in the accompanying Memorandum, it is hereby ORDERED that:

    1. Plaintiff's Motion to Amend Default Judgment (Doc. 24) is GRANTED;

    2. Plaintiff's Motion for Attorneys Fees and Costs (Doc. 25) is GRANTED;

    3. DEFAULT JUDGMENT is entered in favor of plaintiff, National Electrical Benefit Fund by its Trustees, Salvatore J. Chilia and D.R. Borden, Jr., and against defendant, FJM Electrical Construction, LLC, in the requested amount of $57,240.80 (consisting of $38,334.94 in unpaid contributions due for the period of February 1, 2013 through August 31, 2014, $2,821.81 in interest, $7,666.99 in liquidated damages, $7,334.06 in attorney's fees, $413.00 in audit fees, and $670.00 in costs), *see* Verified Statement of Angel Losquadro, NEBF

Dir. of Audit & Delinquencies (Doc. 19) ¶ 2; Pl. Counsel's Decl. dated 10/19/15 (Doc. 25-1); Pl.'s Itemized Timeslips (Doc. 25-1); Process Service Invoice 6/10/15 (Doc. 25-1).[1]

    4.  The Clerk of Court shall CLOSE this case for statistical purposes.

BY THE COURT:

    s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE

---

[1] The total of $57,240.80 represents the amount that defendant owes according to the plaintiff's Verified Statement (Doc. 19) based on the audit report prepared in compliance with the Court's Sept. 4, 2014 Order, plus the amount of attorneys fees and additional costs expended following the filing of the Verified Statement, *see* Exs. attached to Pl.'s Mot. to Amend Default J.